|   |   |
|---|---|
| | \HONORABLE DAVID G. ESTUDILLO |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re Subpoena of Jeff Lucas | Case No. 3:23-mc-5018-DGE |
| Underlying Case:<br><br>STA GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>Defendant. | STIPULATED MOTION AND ORDER TO MOVE NOTING DATE FOR MOTOROLA SOLUTIONS, INC.'S (1) MOTION TO COMPEL DISCOVERY BY THIRD PARTY JEFF LUCAS AND (2) FOR TRANSFER OF MOTION TO EASTERN DISTRICT OF TEXAS PURSUANT TO FED. R. CIV. P. 45(f) |
| MOTOROLA SOLUTIONS, INC.<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>STA GROUP LLC, DILLON KANE GROUP LLC, and INSTANT CONNECT SOFTWARE LLC,<br><br>Counterclaim Defendants. | NOTE ON MOTION CALENDAR:<br>NOVEMBER 22, 2023 |

STIPULATED MOTION AND ORDER TO MOVE
NOTING DATE - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  The parties hereby agree and stipulate that the noting date for Motorola Solutions, Inc.'s
2  (1) Motion to Compel Discovery by Third Party Jeff Lucas and (2) for Transfer of Motion to
3  Eastern District of Texas Pursuant to Fed. R. Civ. P. 45(f)  [Dkt. No. 1], which is currently noted
4  for Friday, November 24, 2023, should be moved to Friday, December 8, 2023. The parties
5  further agree and stipulate that Motorola's reply brief in support of the motion is not due until
6  Monday, December 4, 2023.

7  Dated this 22nd day of November, 2023.

DORSEY & WHITNEY LLP

By: s/ Geoffrey M. Godfrey
Geoffrey M .Godfrey WSBA # 46876
godfrey.geoff@dorsey.com
Jeremy R. Larson WSBA # 22125
larson.jake@dorsey.com
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Robert L. Maier*
robert.maier@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500

Katharine M. Burke*
katharine.burke@bakerbotts.com
Lauren Dreyer*
lauren.dreyer@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street NW
Washington, DC 20001
(202) 639-7700

*Pro hac vice application to be filed if necessary

*Attorneys for Motorola Solutions, Inc.*

STIPULATED MOTION AND ORDER TO MOVE
NOTING DATE - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| 1 | K&L GATES LLP |
| 2 | |
| 3 | By: s/ Nicholas F. Lenning |
| 4 | Nicholas F. Lenning, WSBA # 54740 |
| | 925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, WA 98104 |
| | Phone: (206) 623-7580 |
| 6 | Fax: (206) 623-7022 |
| | Email: Nicholas.Lenning@klgates.com |
| 7 | |
| 8 | *Attorney for Jeff Lucas* |

STIPULATED MOTION AND ORDER TO MOVE
NOTING DATE - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Based upon the foregoing Stipulation submitted by the parties, and the Court being fully advised in the premises, it is hereby ORDERED that the date for noting Motorola Solutions, Inc.'s (1) Motion to Compel Discovery by Third Party Jeff Lucas and (2) for Transfer of Motion to Eastern District of Texas Pursuant to Fed. R. Civ. P. 45(f) [Dkt. No. 1], shall be Friday, December 8, 2023, and Motorola's deadline to reply in support of same shall be Monday, December 4, 2023.

DATED this 28th day of November, 2023.

_____
David G. Estudillo
United States District Judge

Presented by:

DORSEY & WHITNEY LLP

By: s/ Geoffrey M. Godfrey
Geoffrey M. Godfrey WSBA # 46876
godfrey.geoff@dorsey.com
Jeremy R. Larson WSBA # 22125
larson.jake@dorsey.com
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Robert L. Maier*
robert.maier@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112

STIPULATED MOTION AND ORDER TO MOVE NOTING DATE - 4

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

| | |
|---|---|
| 1 | (212) 408-2500 |
| 2 | Katharine M. Burke*<br>katharine.burke@bakerbotts.com |
| 3 | Lauren Dreyer*<br>lauren.dreyer@bakerbotts.com |
| 4 | BAKER BOTTS L.L.P. |
| 5 | 700 K Street NW<br>Washington, DC 20001 |
| 6 | (202) 639-7700 |
| 7 | *Pro hac vice application to be filed if necessary |
| 8 | |
| 9 | *Attorneys for Motorola Solutions, Inc.* |
| 10 | K&L GATES LLP |
| 11 | By:  s/ Nicholas F. Lenning |
| 12 | Nicholas F. Lenning, WSBA # 54740<br>925 Fourth Avenue, Suite 2900 |
| 13 | Seattle, WA 98104<br>Phone: (206) 623-7580 |
| 14 | Fax: (206) 623-7022<br>Email: Nicholas.Lenning@klgates.com |
| 15 | *Attorney for Jeff Lucas* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

STIPULATED MOTION AND ORDER TO MOVE NOTING DATE - 5

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820